[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10333
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 12, 2010
JOHN LEY
CLERK

D.C. Docket No. 6:09-cr-00066-JA-KRS-3

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COREY MIQUEL HINTON, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 12, 2010)

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Thomas Dale, appointed counsel for Corey Hinton, Jr., has moved to

withdraw from further representation of the appellant and filed a brief pursuant to

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hinton's conviction and sentence are **AFFIRMED.**